Form a0nopymt

**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215–2414**

---

In Re: Jimmie Lee Allen

        Debtor(s)

SSN/TAX ID:
    xxx–xx–7257

Case No.: 2:10–bk–62024

Chapter: 7

Judge: Charles M Caldwell

---

**Notice of Overdue Installment Payment**

    On October 8, 2010, an Order Approving Payment of Filing Fees in Installments was entered in this case. After a review of the case, it appears that the payment scheduled to be made on November 20, 2010, has not been remitted.

    Notice is hereby given that, if this outstanding payment is not received by the Clerk's Office on or before December 6, 2010 your case will be dismissed.

Dated: November 22, 2010

                                        FOR THE COURT:
                                        Kenneth Jordan
                                        Clerk, U.S. Bankruptcy Court